■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT T. HABER, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KADIO, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Arbitration between PHOENIX ASSURANCE COMPANY OF NEW YORK and GEORGE A. DIGAMUS.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS CUOMO, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person and for assignment of counsel denied on the ground that the papers disclose no meritorious ground for appeal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ WILLIAM E. DUNN, Appellant, v. SAMUEL BLOOM et al., Respondents. — Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JULIA FERGUEROA, Appellant, against HOWMAR NOVELTY COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of TILLIE COHEN, Appellant, against KID O'ROY TOGS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD ELM, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person upon hand-printed copy of record denied. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY EMMINO, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal upon hand-written copy of the record and briefs denied. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT BOXILL, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hos-